# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:21-CV-00026-GCM

| | |
|---|---|
| **CHRISTY TEASDALE,**<br><br>Plaintiff,<br><br>v.<br><br>**KILOLO KIJAKAZI,**<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on the Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g) (ECF No. 18). Having considered the motion and the entire record in this case, the Court concludes that the motion should be granted.

**IT IS THEREFORE ORDERED** that the final decision of the Commissioner is **REVERSED** and that the matter is **REMANDED** to the Commissioner for further proceedings, pursuant to Sentence Four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED**.

Signed: December 8, 2021

Graham C. Mullen
United States District Judge