# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:21-CV-00026-GCM

| | |
|---|---|
| **CHRISTY TEASDALE,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on Plaintiff's Petition for Attorney Fees Under the Equal Access to Justice Act (ECF No. 21). It appears that the parties have agreed that the Commissioner of Social Security should pay the sum of $7,300.00, in full and final settlement of all claims arising under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

**IT IS THEREFORE ORDERED** that the Petition (ECF No. 21) is **GRANTED**. The Commissioner of Social Security shall pay to Plaintiff the sum of $7,300.00 in attorney fees, in full satisfaction of any and all claims arising under EAJA. Upon the payment of such sum, this case is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that if the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

**SO ORDERED**.

Signed: January 5, 2022

Graham C. Mullen
United States District Judge