IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:21-CV-26-GCM

| | | |
|---|---|---|
| CHRISTY TEASDALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon Plaintiff's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b). Defendant filed a response neither supporting nor opposing the fee request, but stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee. After considering the factors identified by the Fourth Circuit in *Mudd v. Barnhart*, 418 F.3d 424, 428 (4th Cir. 2005), the Court finds the fees requested to be reasonable.

IT IS THEREFORE ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $18,000.

Signed: February 2, 2023

Graham C. Mullen
United States District Judge